UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CEFERINO ADONIAS (AKA STEVEN DIAZ),
GERMAN MERCENARIO VELAZQUEZ,
ANTONIO ARANDA and HERMENEGILDO
MERCENARIO VELAZQUEZ, *individually and
on behalf of others similarly situated*,

Index No. 16-CV-7266

              *Plaintiff,*

**STIPULATION**

-against-

AL HORNO LEAN MEXICAN
KITCHEN INC. (d/b/a AL HORNO
LEAN MEXICAN KITCHEN), AL
HORNO LEAN MEXICAN 57, INC.
(d/b/a AL HORNO LEAN MEXICAN
KITCHEN) and CHRIS PIZZIMENTI,

              *Defendants.*
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-2018
```

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that a judgment in the amount of forty-four thousand eight hundred and seven dollars and sixty nine cents ("$44,807.69"), consisting of attorneys' fees and costs, shall be entered in favor of Plaintiff CEFERINO ADONIAS (AKA STEVEN DIAZ), GERMAN MERCENARIO VELAZQUEZ, ANTONIO ARANDA and HERMENEGILDO MERCENARIO VELAZQUEZ against Defendants AL HORNO LEAN MEXICAN KITCHEN INC. (d/b/a AL HORNO LEAN MEXICAN KITCHEN), AL HORNO LEAN MEXICAN 57, INC. (d/b/a AL HORNO LEAN MEXICAN KITCHEN) and CHRIS PIZZIMENTI, jointly and severally.

Dated:    New York, New York
            September 24, 2018

_[signature]_

Tram LoPresto, Esq.
HOFFMANN AND ASSOCIATES
**Attorneys for All Defendants**
450 Seventh Avenue
Suite 1400
New York, NY 10123

_[signature]_

Colin Mulholland, Esq.
**MICHAEL FAILLACE & ASSOCIATES, P.C.**
60 East 42nd. St. Suite 4510
New York, NY 10165
Tel.: 212.317.1200
*Attorneys for Plaintiffs*

DE #65 resolved.
SO ORDERED:

_[signature]_  9/26/2018

HON. LAURA TAYLOR SWAIN
United States District Judge